IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-03077-WJM-KLM

AMAZING TECHNOLOGIES, LLC,

     Plaintiff,

and

TC LogiQ, INC.,

     Plaintiff/Counterclaim Defendant,

v.

BLACKLODGE STUDIOS, LLC,

     Defendant,

and

NICHOLIS BUFMACK,
RAOUL JOHNSON, and
FRANK TSU,

     Defendants/Counterclaimants, individually and derivatively on behalf of Amazing
     Technologies, LLC,

and

MARGARET TSU,

     Intervenor Counterclaimant,

v.

THOMAS C. DANTZLER, LR., and
JARVIC WYATT,

     Counterclaim Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Defendants and proposed Intervenor Margaret Tsu's **Unopposed Motion to Join Counterclaim Defendants, to Intervene, and to Amend Case Caption** [Docket No. 13; February 18, 2011] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED in part**. As a preliminary matter, to the extent that Defendants seek permission to assert counterclaims against previously unnamed parties, they do not need permission to do so. The initial filing of counterclaims which names these parties effectively accomplishes this purpose without Court involvement. *See, e.g.*, 6 Charles Alan Wright et al., *Federal Practice & Procedure* § 1403, at 12 (2010) (noting that "additional parties may be brought in . . . for purposes of fully disposing of any counterclaim . . . in the action"); 7 Charles Alan Wright et al., *Federal Practice & Procedure* § 1657, at 429-30  (3d ed. 2001) (noting that "any party who asserts a counterclaim . . . under Rule 13 may join additional parties under Rule 20"). Nevertheless, permission having been sought, permission is given. Further, the Court grants Intervenor Tsu's request to file counterclaims in intervention in this lawsuit. However, the proposed pleading asserting Defendants' Answer and Defendants'/Intervenor's Counterclaims [Docket No. 13-1] contains a confusing and improper case caption. Therefore, the Court does not accept this pleading for filing.

IT IS FURTHER **ORDERED** that on or before **February 22, 2011**, Defendants' Answer and Defendants'/Intervenor's Counterclaims shall be filed with the caption set forth above.

Assuming compliance with this Minute Order,

IT IS FURTHER **ORDERED** that the caption set forth above shall be used on all future pleadings;

IT IS FURTHER **ORDERED** that Defendants  and Intervenor shall effect service of their Counterclaims on Counterclaim Defendants Dantzler, Jr. and Wyatt on or before **March 4, 2011**.  The answers or responses shall be due as provided for by the Federal Rules of Civil Procedure; and

IT IS FURTHER **ORDERED** that Plaintiff/Counterclaim Defendant TC LogiQ shall answer or otherwise respond to the Counterclaims on or before **March 11, 2011.**

Dated:  February 18, 2011