IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-03077-WJM-KLM

AMAZING TECHNOLOGIES, LLC,

      Plaintiff,

and

TC LogiQ, INC.,

      Plaintiff/Counterclaim Defendant,

v.

BLACKLODGE STUDIOS, LLC,

      Defendant,

and

NICHOLIS BUFMACK,
RAOUL JOHNSON, and
FRANK TSU,

      Defendants/Counterclaimants, individually and derivatively on behalf of Amazing
      Technologies, LLC,

and

MARGARET TSU,

      Intervenor Counterclaimant,

v.

THOMAS C. DANTZLER, LR., and
JARVIC WYATT,

      Counterclaim Defendants.

---

**MINUTE ORDER**

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Joint Motion for Entry of Protective Order** [Docket No. 29; Filed July 15, 2011] ("Joint Motion").

IT IS HEREBY **ORDERED** that the Joint Motion is **GRANTED**.

IT IS FURTHER **ORDERED** that the Protective Order submitted by the parties is entered as an Order of the Court, with interlineations, as of today's date.

Dated:  July 21, 2011