IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03077-WJM-KLM

AMAZING TECHNOLOGIES, LLC,

    Plaintiff,

and

TC LogiQ, INC.,

    Plaintiff/Counterclaim Defendant,

v.

BLACKLODGE STUDIOS, LLC,

    Defendant,

and

NICHOLIS BUFMACK,
RAOUL JOHNSON, and
FRANK TSU,

    Defendants/Counterclaimants, individually and derivatively on behalf of Amazing Technologies, LLC,

and

MARGARET TSU,

    Intervenor Counterclaimant,

v.

THOMAS C. DANTZLER, LR., and
JARVIC WYATT,

    Counterclaim Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the Defendants and Intervenor's **Motion for Sanctions** [Docket No. 34; Filed October 3, 2011] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE** due to the Defendants and Intervenor's failure to comply with D.C.COLO.LCivR 7.1A, which provides as follows:

> The Court will not consider any motion, other than a motion under Fed. R. Civ. P. 12 or 56, unless counsel for the moving party or a *pro se* party, before filing the motion, has conferred or made reasonable, good faith efforts to confer with opposing counsel or a *pro se* party to resolve the disputed matter. The moving party shall state in the motion, or in a certificate attached to the motion, the specific efforts to comply with this rule.

Dated: October 3, 2011