**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No.  10-cv-03077-WJM-KLM

AMAZING TECHNOLOGIES, LLC and
TC logiQ, INC.,

      Plaintiffs/Counterclaim Defendants/Third-Party Defendants,

v.

BLACKLODGE STUDIOS, LLC,
NICHOLIS BUFMACK,
RAOUL JOHNSON and
FRANK TSU,

      Defendants/Counterclaimants/Third-Party Plaintiffs, individually and derivatively on behalf of Amazing Technologies, LLC,

and

MARGARET TSU,

      Intervenor/Third-Party Plaintiff,

v.

THOMAS C. DANTZLER, JR. and
JARVIS WYATT,

      Third-Party Defendants.

---

**ORDER REQUIRING JOINT STATUS REPORT**

---

This action is set for a five-day jury trial beginning on November 26, 2012.  (ECF No. 44.)  On March 2, 2012, the Court ordered that Third-Party Plaintiff Margaret Tsu's claims against TC LogiQ, Inc., Thomas C. Dantzler, and Jarvis Wyatt were compelled to arbitration and that the case was stayed as to those claims only.  (ECF No. 46.)  The

Court specified that the existing deadlines remain unchanged.  (*Id.*)

The parties are directed to confer and to file, on or before **July 18, 2012**, a Joint Status Report, not to exceed 4 pages in length, exclusive of signature blocks.  The Joint Status Report shall provide the following information:

**A.     Arbitration**

The parties shall apprise the Court of the status of the arbitration of Third-Party Plaintiff Margaret Tsu's claims against TC LogiQ, Inc., Thomas C. Dantzler, and Jarvis Wyatt.

**B.     Effect of Arbitration**

The parties shall inform the Court as to their position on whether the outcome of arbitration will affect the trial of the remaining claims in this case.  The parties shall also state their position as to whether the trial shall be held as scheduled or whether any circumstances favor postponing trial.

**C.     Settlement**

The parties shall summarize settlement discussions held to date, as well as the parties' current plans, if any, to undertake additional settlement efforts in the future.

Dated this 2nd day of July, 2012.

BY THE COURT:

William J. Martínez
United States District Judge